# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**MICHAEL A. SHIPP**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.  ROOM 2042
NEWARK, NJ 07102
973-645-3827

Not for Publication

## LETTER OPINION AND ORDER

July 28, 2009

**VIA CM/ECF**
All counsel of record

    Re:    **Alexis Im. v. Beauty Plus Trading Co., et al.**
              **Civil Action No. 08-4754 (SRC) (MAS)**

Dear Counsel:

This matter comes before the Court by way of a status conference held on July 28, 2009. Upon hearing from both parties and for good cause shown, it is ORDERED that:

1. Defendant is to provide original copies of the "time-cards" to the Plaintiff by **8/11/09**.

2. Defendant is to provide more specific answers to interrogatories as requested by Plaintiff by **8/11/09**.

3. Plaintiff is to provide legible copies of the Korean language "Calendar of Job Duties" documents by **8/11/09**.

4. All fact depositions are to be completed by **9/28/09**.

5. Affirmative Expert Reports are to be provided by **10/12/09**.

6. Responding Expert Reports are to be provided by **11/30/09**.

7. Expert Depositions are to be completed by **12/31/09**.

8. A Joint Final Pretrial Order is to be submitted to the Court by **2/1/10.**

9. A Final Pretrial Conference will be held on **3/2/10** at **10:30am** which all trial counsel must attend.

10. An in-person Settlement Conference is scheduled for **8/5/09** at **2:30pm.** Parties are instructed to fax confidential settlement letters to the Court by **8/3/09** at **1:00pm.**

                                                    s/ Michael A. Shipp
                                        **HONORABLE MICHAEL A. SHIPP**
                                        **UNITED STATES MAGISTRATE JUDGE**